1  PHILLIP A. TALBERT
   United States Attorney
2  JEFFREY A. SPIVAK
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,              Case No. 1:23-mj-00144-SAB

12 |                Plaintiff,

13 | v.
                                            MOTION AND ORDER FOR DISMISSAL
14 | DAVID M. ESQUIVIL,

15 |                Defendant.

16

17

18      The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Jeffrey A. Spivak, Assistant United States Attorney, hereby moves to dismiss Case No. 1:23-mj-00144-

20 SAB against DAVID M. ESQUIVIL, without prejudice, in the interest of justice, pursuant to Rule 48(a)

21 of the Federal Rules of Criminal Procedure.

22

23 DATED: January 2, 2024                    Respectfully submitted,

24                                           PHILLIP A. TALBERT
                                             United States Attorney
25
                                       By:   /s/ *Jeffrey A. Spivak*
26                                           JEFFREY A. SPIVAK
                                             Assistant United States Attorney
27

28
                                             1
                                                              U.S. v. Esquivil
                                                         Case No. 1:23-mj-00144-SAB

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:23-mj-00144-SAB against DAVID M. ESQUIVIL be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __**January 2, 2024**__

UNITED STATES MAGISTRATE JUDGE